# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ANTHONY GLEN AGUIRRE**  **PLAINTIFF**
**ADC #155665**

V.   Case No. 4:24-CV-00727-LPR-BBM

**ANDREA CULCAGER, Wellpath**
**Director of Medical Services, ADC;**
**DEXTER PAYNE, Director, ADC;**
**HORAN, Doctor, Wellpath, ADC;**
**and E. BLAND, Provider, Wellpath,**
**Cummins Unit, ADC**  **DEFENDANTS**

## ORDER

On August 26, 2024, Plaintiff Anthony Glen Aguirre filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On December 16, 2024, mail sent to Plaintiff at his last-known address was returned to the Court as undeliverable.[2] On December 17, 2024, the Court entered an Order directing Plaintiff to provide the Court a valid mailing address within thirty days.[3] The Court warned Plaintiff that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[4]

Plaintiff has not complied with, or otherwise responded to, the Court's December 17th Order, and the time for doing so has expired. Plaintiff's Complaint (Doc. 2-1) is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2-1).

[2] Doc. 7.

[3] Order (Doc. 8). The Order was entered by United States Magistrate Judge Benecia B. Moore.

[4] *Id*.

IT IS SO ORDERED this 31st day of January 2025.

                                                         _____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE